No. 86–345. THREE WAY CORP. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 86–347. GRASSI ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–365. STANKO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–370. BRENNAN *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 86–377. CARVAJAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–384. SVETANOFF *v.* McMILLIAN. C. A. 7th Cir. Certiorari denied.

No. 86–397. CHURCH OF ST. PAUL AND ST. ANDREW *v.* BARWICK ET AL. Ct. App. N. Y. Certiorari denied.

No. 86–411. OTLOWSKI, MAYOR OF PERTH AMBOY, ET AL. *v.* KEAN, GOVERNOR OF NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–420. LANG *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–501. GARRIES *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–521. DISALVO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–530. KELLERMYER ET AL. *v.* BLUE FLAME GAS CORP. ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 86–539. TORRENCE *v.* OXFORD MUNICIPAL SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–544. KENNEDY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.